**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **DAVID E. ERNST,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No. 4:20-cv-01239-SEP** |
| | ) |
| **TEACHERS INSURANCE AND** | ) |
| **ANNUITY ASSOCIATION OF** | ) |
| **AMERICA,** | ) |
| | ) |
| **Defendant.** | ) |

**<u>MEMORANDUM TO THE COURT</u>**

On February 27, 2023, the Court taxed Defendant Teachers Insurance and Annuity Association of America's ("TIAA") Bill of Costs in the amount of $4,560.34 against Plaintiff David E. Ernst. TIAA hereby notifies the Court that the costs taxed by the Court are satisfied by agreement of the parties.

Respectfully submitted.

<u>/s/ Mallory S. Zoia</u>
Sarah J. Kuehnel, #61698MO
Mallory S. Zoia, #70377MO
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
7700 Bonhomme Avenue, Suite 650
St. Louis, MO  63105
Telephone:  314.802.3935
Facsimile:  314.802.3936
sarah.kuehnel@ogletree.com
mallory.zoia@ogletree.com

ATTORNEYS FOR DEFENDANT

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies on April 13, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notice to all counsel of record.

*/s/ Mallory S. Zoia*
An Attorney for Defendant